IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

BOBBY WAYNE SAVAGE                                                    PLAINTIFF

              v.                        Civil No. 05-5037

SHERIFF KEITH FERGUSON; and
OFFICER SCOTT TURNER                                                 DEFENDANTS

## O R D E R

On December 27, 2005, defendants filed a summary judgment motion (Doc. 33). To

assist plaintiff in responding to the summary judgment motion, the undersigned is propounding

a questionnaire. The court will consider plaintiff's response to the questionnaire in issuing a

report and recommendation on the summary judgment motion.

For this reason, Bobby Wayne Savage is hereby directed to complete, sign, and return the

attached response to defendants' summary judgment motion on or before **March 7, 2006**.

**Plaintiff's failure to respond within the required period of time may subject this matter to**

**dismissal for failure to comply with a court order.**

IT IS SO ORDERED this 7th day of February 2006.

/s/ Beverly Stites Jones
UNITED STATES MAGISTRATE JUDGE

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

BOBBY WAYNE SAVAGE                                                    PLAINTIFF

        v.                          Civil No. 05-5037

SHERIFF KEITH FERGUSON; and
OFFICER SCOTT TURNER                                                  DEFENDANTS

## RESPONSE TO SUMMARY JUDGMENT MOTION

TO:  BOBBY WAYNE SAVAGE

        These questions and answers will serve as your response to defendants' motion for

summary judgment.  You may use additional sheets of paper in responding to these questions.

You must file this response by **March 7, 2006.**

        1.  You were serving a term of imprisonment at the Arkansas Department of

Correction (ADC) on July 1, 2004.

        Agree_____ Disagree_____Without knowledge to agree or disagree_____.

        If you disagree, explain.

_____

_____

_____

_____

        2.  On November 20, 2003, you were given a restricted medical classification at the

ADC.  Among other things, your job assignments were to be restricted to assignments not

requiring handling or lifting of heavy materials in excess of ten pounds or requiring overhead

work for a period of time in excess of four hours.

Agree_____ Disagree_____ Without knowledge to agree or disagree_____.

If you disagree, explain. In explaining, please refer to defendants' exhibit 1 at page 50.

_____

_____

_____

_____

    3.   Note was made of the fact that you were to be given one arm duty with your left arm because you had difficulty raising your right arm secondary to a shoulder deformity.

Agree_____ Disagree_____ Without knowledge to agree or disagree_____.

If you disagree, explain. In explaining, please refer to defendants' exhibit 1 at page 50.

_____

_____

_____

_____

    4.  You underwent a health examination at the ADC on November 20, 2003, and reported a history of bi-polar disorder, chronic low back pain secondary to a motor vehicle accident a few years ago, right knee and left hip with dislocated clavicle.

Agree_____ Disagree_____ Without knowledge to agree or disagree_____.

If you disagree, explain. In explaining, please refer to defendants' exhibit 1 at page 53.

_____

_____

_____

_____

     5.  On December 15, 2003, you were involved in an altercation in the Benton County

Detention Center (BCDC).

     Agree_____ Disagree_____Without knowledge to agree or disagree_____.

     If you disagree, explain.

_____

_____

_____

_____

     6. You were taken to the nurse by the guards and the nurse noted a large knot on top

of your right shoulder and scheduled you to see the doctor.

     Agree_____ Disagree_____Without knowledge to agree or disagree_____.

     If you disagree, explain.

_____

_____

_____

_____

     7.  On December 15, 2003, your right shoulder was x-rayed at Northwest Medical

Center of Benton County.  The radiologist noted a "grade 3 separation of the

acromioclavicular joint.  Heterotopic bone projects over the inferior margin of the distal

clavicle.  This raises the possibility that the separation is old."

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.

_____

_____

_____

_____

8. The injury was described as possibly chronic.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.

_____

_____

_____

_____

9.  On June 25, 2004, you were booked into the BCDC from the Varner Unit of the ADC for court appearances.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 2 at page 3.

_____

_____

_____

_____

10.  When you were booked in on June 25, 2004, you completed a medical questionnaire on which you reported hip and back problems.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 2 at page 4.

_____

_____

_____

_____

11.  You also completed a medical request form on which you stated you fell down the steps at prison and hurt your back and hip and had been placed on a two week lay in for bed rest.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 2 at page 5.

_____

_____

_____

_____

12.  On June 28, 2004, Deputy McPherson saw you lying on your bunk and did a shake down of your cell.  Deputy McPherson found extra towels in your cell.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 2 at page 8.

_____

_____

_____

_____

13. On June 28, 2004, at approximately 1045 you flooded your cell and the day-room in D-pod.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain. In explaining, please refer to defendants' exhibit 2 at page 8.

_____

_____

_____

_____

_____

14. You admitted to flooding your cell and were disciplined. You received thirty days lock down and loss of privileges.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain. In explaining, please refer to defendants' exhibit 2 at page 9.

_____

_____

_____

_____

_____

15. You were seen by Dr. Neil Mullins on Monday, June 28, 2004. You told Dr. Mullins you fell in the shower the prior Wednesday.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain. In explaining, please refer to defendants' exhibit 2 at page

10.

_____

_____

_____

_____

16.  Dr. Mullins noted that your complaints were far out of proportion to your history and Dr. Mullins believed you were tremendously exaggerating your symptoms.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 2 at page 10.

_____

_____

_____

_____

_____

_____

17.  Dr. Mullins gave you an injection of Decadron and prescribed Ibuprofen, 600 mg., three times a day, for five days.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.   In explaining, please refer to defendants' exhibit 2 at page 10.

_____

_____

_____

_____

    18.  On June 30, 2004, Deputy Jonathan Hall heard someone screaming at pod

control.  He stopped feeding the inmates in D-130 and locked all inmates in the day-room

back in their cells.

        Agree_____ Disagree_____Without knowledge to agree or disagree_____.

        If you disagree, explain.   In explaining, please refer to defendants' exhibit 2 at page

    11.

_____

_____

_____

_____

    19.  When Deputy Hall got to pod control he saw you pushing Deputy Davis.

        Agree_____ Disagree_____Without knowledge to agree or disagree_____.

        If you disagree, explain.  In explaining, please refer to defendants' exhibit 2 at page

    11.

_____

_____

_____

_____

_____

_____

_____

20.  Deputy Davis told you to stop and put your hand behind your back.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.   In explaining, please refer to defendants' exhibit 2 at page

11.

_____

_____

_____

_____

21.    You refused telling Deputy Davis:  "F— you, f------ don't touch me bitch I will

kick your ass."

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.   In explaining, please refer to defendants' exhibit 2 at page

11.

_____

_____

_____

_____

22.  You pushed Deputy Davis again.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 2 at page

11.

_____

_____

23. Deputy Hall then placed you on the floor. You put your left hand under your head and Deputy Hall grabbed your right hand and put it behind your back.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain. In explaining, please refer to defendants' exhibit 2 at page 11.

_____

_____

_____

_____

_____

_____

_____

_____

24. You attempted to bite Deputy Davis' hand. When Deputy Hall tried to grab your left hand, you also tried to bite him.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain. In explaining, please refer to defendants' exhibit 2 at page 11.

_____

_____

_____

_____

_____

_____

_____

_____

25.  Deputy Hall used a pressure point under your noise to free your hand.  Deputy Davis then got your left hand and placed it behind your back.  Deputy Plotz put handcuffs on you.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 2 at page 11.

_____

_____

_____

_____

26.  You were stood up and Deputy Plotz escorted you to lock-down.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.   In explaining, please refer to defendants' exhibit 2 at page 11.

_____

_____

_____

_____

_____

_____

_____

_____

     27.  On June 30, 2004, you submitted a grievance.  In it you stated that while you were being escorted to B-pod from D-149 by Deputy Plotz you met Deputy Davis in the hall and told him that you wouldn't always be locked up.  You stated you spit at Deputy Davis.

     Agree_____ Disagree_____Without knowledge to agree or disagree_____.

     If you disagree, explain.  In explaining, please refer to defendants' exhibit 2 at page 12.

_____

_____

_____

_____

_____

_____

_____

_____

     28.  You spit on Deputy Davis a second time.

     Agree_____ Disagree_____Without knowledge to agree or disagree_____.

     If you disagree, explain.  In explaining, please refer to defendants' exhibit 2 at page 19.

_____

_____

_____

_____

_____

_____

_____

_____

29.  Deputy Davis put you against the wall and attempted to put you in a submission hold.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 2 at page 19.

_____

_____

_____

_____

_____

_____

_____

_____

30.   You maintained Deputy Davis attempted to choke you and demanded that pictures be taken of your neck.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 2 at pages

12, 13, and 14.

_____

_____

_____

_____

31.   As a result of the incident, you were charged with threatening another person, refusing to obey orders of jail staff, using obscene language toward jail staff, and assaulting jail staff.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 2 at page 20.

_____

_____

_____

_____

32.   You admitted to spitting on Davis, cursing him, and telling him you wouldn't be in prison forever.  However, you stated you were not a threat because all the other inmates were locked down.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 2 at page 20.

_____

_____

_____

_____

33.  You were found guilty of the disciplinary violations and given thirty days lock-down and loss of privileges.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 2 at page 20.

_____

_____

_____

_____

34.  As a result of the incident criminal charges were also brought against you for aggravated assault upon an employee of a correctional facility.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 2 at pages 21 to 23.

_____

_____

_____

_____

35.  You plead guilty to this charge and were sentenced to five years in prison.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.

_____

_____

_____

_____

36.  On July 1, 2004, you had been to court and Deputy Turner brought you and other

inmates back to the BCDC.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 2 at page

24.

_____

_____

_____

_____

37.   You used the restroom in the intake area without permission and leaned against

the wall.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 2 at page

24.

_____

_____

_____

_____

38.  Leaning against the wall is against jail policy.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 2 at page 24.

_____

_____

_____

_____

39.  Major Drake saw your actions from the booking area and ordered you to get off the wall.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 2 at page 24.

_____

_____

_____

_____

40.  You stated that you were not on the wall.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 2 at page 24.

_____

_____

_____

41.  Deputy Turner saw that you were leaning on the wall and told you to move away.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 2 at page

24.

_____

_____

_____

_____

42.  Major Drake came out of the booking area and explained to you that the rules

were that no inmate is to use the restroom in the intake area or lean against the wall.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 2 at page

24.

_____

_____

_____

_____

43.  After Major Drake left, you kept saying you weren't doing anything wrong.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 2 at page

24.

_____

_____

_____

_____

44.  Turner told you to:  "Shut the f— up."

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 2 at page

24.

_____

_____

_____

_____

45.  You replied:  "F— you, mother f-----."

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 2 at page

24.

_____

_____

_____

_____

46.  Turner then approached you.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 2 at page

24.

_____

_____

_____

_____

47.  As Turner approached, you had both fists in a closed fighting position by your sides.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 2 at page 24.

_____

_____

_____

_____

48.  Turner grabbed you by the shirt by both shoulders and put you against the nearest wall.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 2 at page 24.

_____

_____

_____

_____

49.  You kept calling Turner a motherf-----.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 2 at page 24.

_____

_____

_____

_____

50.  Turner put you on the ground stomach first.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 2 at page 24.

_____

_____

_____

_____

51(A).  Turner put both your hands behind your back.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 2 at page 24.

_____

_____

_____

_____

_____

_____

_____

_____

_____

(B).  Once your hands were behind your back, did Turner place handcuffs on you?

Answer: Yes _____ No _____.

If you answered yes, please describe how he placed you in handcuffs.

_____

_____

_____

_____

_____

_____

_____

_____

If you answered no, please state whether he held you hands behind your back or what he did with your hands and arms.

_____

_____

_____

_____

_____

_____

_____

_____

     (C).  Turner used no other physical force against you.

     Agree_____ Disagree_____Without knowledge to agree or disagree_____.

     If you disagree, explain.

_____

_____

_____

_____

_____

_____

_____

_____

_____

     (D).  Please describe the amount of physical force Turner used against you.  In doing

so, please state whether you resisted in anyway.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

     (E).  Please describe any physical injuries you suffered as a result of Turner's use of force.  In doing so, please state what you believe caused the physical injury and describe any symptoms you experienced, the severity of those symptoms, and how long it took you to recover from the injuries.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

(F).  Turner did not know you had previously injured your shoulder.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.

_____

_____

_____

_____

_____

_____

_____

_____

_____

(G).  At the time, you did not tell Turner about your prior shoulder injury or complain

of any pain.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.

_____

_____

_____

_____

_____

_____

_____

_____

_____

52. Turner was ordered to take you into the booking area and put you in a holding cell.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain. In explaining, please refer to defendants' exhibit 2 at page 24.

_____

_____

_____

_____

53. Turner put you in a holding cell.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain. In explaining, please refer to defendants' exhibit 2 at page 24.

_____

_____

_____

_____

54. Once in the holding cell, you banged on the door and yelled obscenities.

Agree_____ Disagree_____ Without knowledge to agree or disagree_____.

If you disagree, explain. In explaining, please refer to defendants' exhibit 2 at page 24.

_____

_____

_____

_____

55. Following the incident, you asked for medical attention for your arm.

Agree_____ Disagree_____ Without knowledge to agree or disagree_____.

If you disagree, explain. In explaining, please refer to defendants' exhibit 2 at page 28.

_____

_____

_____

_____

56. You were seen in the jail clinic and then sent to the emergency room of Northwest Medical Center of Benton County.

Agree_____ Disagree_____ Without knowledge to agree or disagree_____.

If you disagree, explain. In explaining, please refer to defendants' exhibit 2 at page 28.

_____

_____

_____

57. The radiologist reported a complete dislocation of the acromioclavicular joint which by history was acute. Ossific or calcific densities were noted suggesting there was an old injury as well. No evidence of a fracture or destructive lesion was found.

Agree_____ Disagree_____ Without knowledge to agree or disagree_____.

If you disagree, explain.

_____

_____

_____

_____

_____

_____

_____

_____

_____

58. You arm was placed in an immobilizer and you were prescribed pain medication.

Agree_____ Disagree_____ Without knowledge to agree or disagree_____.

If you disagree, explain.

_____

_____

_____

_____

59. You were seen by Dr. Mullins at the BCDC on July 6, 2004, for follow up care.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 2 at page 39.

_____

_____

_____

_____

60.  Dr. Mullins noted you had a dislocated right shoulder.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 2 at page 39.

_____

_____

_____

_____

61.  Dr. Mullins prescribed pain medication to be taken up to three times a day and a blanket as needed for warmth.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 2 at page 39.

_____

_____

_____

62. Dr. Mullins indicated he would follow up with the ADC to see if you should be sent to an orthopedic specialist or if the ADC would rather wait until you got back to prison.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain. In explaining, please refer to defendants' exhibit 2 at page 39.

_____

_____

_____

_____

63. You were released to the ADC on July 9, 2004.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain. In explaining, please refer to defendants' exhibit 2 at page 42.

_____

_____

_____

_____

64. When you returned to the ADC, you were seen by medical staff and you were told to keep your arm in a sling for three weeks and then start gentle range of motion exercises. You were also given pain medication.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain. In explaining, please refer to defendants' exhibit 1 at page

59.

_____

_____

_____

_____

65.  Note was made that your right shoulder was dropped and when you moved it the

least there was an obvious separation.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 1 at page

60.

_____

_____

_____

_____

66.  On July 21, 2004, you were seen in the orthopedic clinic of the ADC.  A new x-

ray was ordered and you were to have no use of your right hand.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 1 at page

58 & 72.

_____

_____

_____

_____

67.  You were given no duty requiring the use of your right arm or hand from August 5, 2004, through December 5, 2004.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 1 at page 73.

_____

_____

_____

_____

68.  If you did not have a prior injury to your right shoulder, no injury would have occurred when Turner placed your hands behind your back.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

69(A).  Sheriff Ferguson was not present on July 1, 2004, when the incident occurred between you and Turner.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.

_____

_____

_____

_____

_____

_____

_____

_____

_____

(B).  Did you ever communicate directly with Sheriff Ferguson about the incident?

Answer:  Yes _____ No _____.

If you answered yes, please describe your communication with the sheriff.

_____

_____

_____

_____

_____

_____

_____

_____

_____

    (C).  Please describe in detail how you believe Sheriff Ferguson violated your federal

constitutional rights.

    Answer:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

    Detail below any further response you would like to make to defendants' summary

judgment motion.  If you have any exhibits you would like the court to consider, you may

attach them to this response.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

     I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS

TRUE AND CORRECT.

     EXECUTED ON THIS _____ DAY OF _____ 2006.


                     _____

                        BOBBY WAYNE SAVAGE