IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

BOBBY WAYNE SAVAGE                                                     PLAINTIFF

          v.                      Civil No. 05-5037

SHERIFF KEITH FERGUSON; and
OFFICER SCOTT TURNER                                         DEFENDANTS

## **O R D E R**

On December 27, 2005, defendants filed a summary judgment motion (Doc. 33). In their statement of indisputable facts (Doc. 35), defendants refer a number of times to exhibit three (3). However, defendants did not file exhibit three.

Defendants are directed to file exhibit three as a supplement to their summary judgment motion. The supplement should be filed by **no later than February 14, 2006.** Plaintiff should also be provided with a copy of this exhibit as quickly as possible since he will need the exhibit to respond to the summary judgment motion.

IT IS SO ORDERED this 7th day of February 2006.

                                                   /s/ Beverly Stites Jones
                                                   UNITED STATES MAGISTRATE JUDGE