**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FAYETTEVILLE DIVISION**

**BOBBY WAYNE SAVAGE**                                                         **PLAINTIFF**

v.                                Civil No. 05-5037

**SHERIFF KEITH FERGUSON; and**
**OFFICER SCOTT TURNER**                                       **DEFENDANTS**

### O R D E R

Now on this 29th day of June, 2006, comes on for consideration the **Magistrate Judge's Report and Recommendation** (document #42), in this matter, to which no objections have been filed, and the Court, having carefully reviewed said Report and Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Magistrate Judge's Report and Recommendation is adopted *in toto*.**

**IT IS FURTHER ORDERED** that, for the reasons stated in the Magistrate Judge's Report and Recommendation, the defendants' Motion for Summary Judgment is hereby **granted in part and denied in part. It is granted as to the claims against Sheriff Keith Ferguson and he is dismissed from this lawsuit; the Motion for Summary Judgment is denied as to the claims against Officer Scott Turner.**

**IT IS FURTHER ORDERED** that this matter is remanded to the Magistrate Judge for further handling.

**IT IS SO ORDERED.**

                                                                **/s/Jimm Larry Hendren**
                                                                 **HON. JIMM LARRY HENDREN**
                                                                **UNITED STATES DISTRICT JUDGE**